**FULL NAME:** Brodrick Refon Fields

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 1627 S. Hargrave St, Banning Ca. 92220, Smith Correctional Facility

**PRISON NUMBER (if applicable):** 202448602

FILED
CLERK, U.S. DISTRICT COURT
APR 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Brodrick R. Fields

PLAINTIFF,

v.

Christopher Maker
Hemet PD, et al

DEFENDANT(S).

CASE NUMBER: EDCV25-982-FWS (AJR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS    Not sure

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? ____1____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff **Brodrick Fields**

   Defendants **I don't remember**

b. Court **Handford**

c. Docket or case number **I don't know**
d. Name of judge to whom case was assigned **I don't know**
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **I settle out.**
f. Issues raised: **I don't remember**

g. Approximate date of filing lawsuit: **2018**
h. Approximate date of disposition **2018**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Brodrick Refon Fields**
                                                              (print plaintiff's name)
who presently resides at **1627 S. Hargrave St Banning Ca 92220**,
                              (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Larry D. Smith Corrections**
(institution/city where violation occurred)

on (date or dates) Hemet Police et al _____, _____, _____.
          (Claim I)      (Claim II)      (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Christopher Maker__ resides or works at
   (full name of first defendant)
   __Hemet P.D.__
   (full address of first defendant)
   __Police Officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __He stole money from me at gun point__
   __Harrassment. Theif.__

2. Defendant __Hemet Police Department, et al__ resides or works at
   (full name of first defendant)
   __Hemet P.D__
   (full address of first defendant)
   __Officers__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Harressment, Theft.__

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Christopher Maker was working as a Police officer in the City of Hemet California when He went in my pocket and Took my money and never Return it.

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

Christoper Maker came to a car accident atins as a Hemet Police officer in the City of Hemet california, and pulled me out my car at gun point asking me if I was a gangester, Then he layed me on the ground and searched me ("Stating That he here a wadd of money in his pocket") after Take the money out my pocket he put me in the back of a police car. on his Body cam it show him putins the money in his Pocket never Returning it to me. Hemet Police officer Robbed me at gun point.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Hemet Police Department knew or should have known that Christopher Maker is a Bad Police officer. He is under investigation By the internal affairs So he should not have been working The Street's of Hemet California as a police officer. Hemet Police Department sent a police out on The Streets knowing That he would not do Right by the CITIZEN of Hemet california.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

My money returned, mental anguish, punitive damages, compensatory damages, pain and suffering. Poverty stricken I am asking from Christopher Maker in the sum of 1,000,000 and from the City of Hemet Police Department for the sum of 1,500,000.

04-12-25
*(Date)*

Bruce [Signature]
*(Signature of Plaintiff)*

[illegible]
202448002 1787
1627 S. Hargrave st
Banning ca. 92220

0000 2EEE3Z1006
SN BERNARDINO CA 923
17 APR 2025 PM 5 L

NEW

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY - DEPUTY

United States District Court
Central District of California
255 East Temple street, Suite TS-134
Los Angeles California 90012

(Legal Mail)

