UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:25-cv-00982-FWS-AJR                                    Date: September 3, 2025
Title: Brodrick R. Fields v. Christopher Maker, et al.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                         Not Present

**PROCEEDINGS: ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On April 21, 2025, Plaintiff, a prisoner, filed a Civil Rights Complaint. (Dkt. 1.) On May 22, 2025, he filed a Request to Proceed in Forma Pauperis ("IFP request"). (Dkt. 4.)

On June 13, 2025, the court granted the IFP request and ordered Plaintiff to pay an initial partial filing fee of $14.53. (Dkt. 7.) The court warned Plaintiff that his failure to comply may result in the dismissal of this action. (*Id.*)

On July 24, 2025, the court ordered Plaintiff to show cause in writing within 20 days why this action should not be dismissed without prejudice for his failure to pay the initial partial filing fee. (Dkt. 10.) The court warned Plaintiff that the failure to respond within 20 days would be deemed consent to the dismissal of this action without prejudice. (*Id.*)

As of this date, more than 20 days later, Plaintiff has not responded to the order to show cause. Instead, he filed only a motion for appointment of counsel that is not responsive to the order to show cause. (Dkt. No. 11.)

\\
\\
\\

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:25-cv-00982-FWS-AJR                    Date: September 3, 2025
Title: Brodrick R. Fields v. Christopher Maker, et al.

    Because Plaintiff failed to show any cause why this action should not be dismissed for his failure to pay the initial partial filing fee, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

                                                    Initials of Deputy Clerk:  rrp